Michael Bongiorno (Admitted *Pro Hac Vice*)
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

Jie (Lisa) Li (State Bar No. 260474)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Lisa.Li@wilmerhale.com

*Attorneys for Defendants TerraForm Global, Inc. and Peter Blackmore*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>SUNEDISON, INC., et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02267-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Beth Labson Freeman |

[Caption continued on following page.]

| | |
|---|---|
| ANTON S. BADRI, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02269-BLF |
| IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br>Defendants. | Related Case No. 5:16-cv-02270-BLF |
| MITESH PATEL, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERRAFORM GLOBAL, INC., et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02272-BLF |
| SIMON FRASER, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Brian Wuebbels, et al.,<br><br>Defendants. | Related Case No. 5:16-cv-02273-BLF-NMC |

STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE
Case Nos. 5:16-cv-02267-BLF; 5:16-cv-02269-BLF; 5:16-cv-02270-BLF; 5:16-cv-02272-BLF; 5:16-cv-02273-BLF-NMC

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective
2  undersigned counsel of record, submit the following stipulation and proposed order:
3  WHEREAS, on April 26, 2016, defendants removed, *inter alia*, the following actions from
4  the Superior Court of California, San Mateo County to federal court: *Fraser v. Wuebbels et al.*
5  ("*Fraser*"); *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.* ("*Iron*
6  *Workers*"); *Badri v. TerraForm Global, Inc. et al.* ("*Badri*"); *Patel v. TerraForm Global, Inc. et al.*
7  ("*Patel*"); *Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc. et al.*
8  ("*Oklahoma Firefighters*") (collectively, the "Removed Actions");
9  WHEREAS, on May 10, 2016, the Court related the Removed Actions to *Beltran v.*
10 *Terraform Global, Inc.*, Case 5:15-cv-04981-BLF ("*Beltran*") [*Beltran* Dkt. 115];
11 WHEREAS, on May 26 and 27, 2016, Plaintiffs moved to remand the Removed Actions
12 [*Fraser* Dkt. 23; *Badri* Dkt. 30; *Oklahoma Firefighters* Dkt. 39-40; *Iron Workers* Dkt. 25-26; *Patel*
13 Dkt. 27];
14 WHEREAS, on June 1, 2016, Defendants moved to transfer the Removed Actions to the
15 Southern District of New York [*Fraser* Dkt. 24-25; *Iron Workers* Dkt. 27-28; *Badri* Dkt. 31-32;
16 *Patel* Dkt. 28-29; *Oklahoma Firefighters* Dkt. 41, 43];
17 WHEREAS, Plaintiffs' motions to remand and Defendants' motions to transfer are scheduled
18 to be heard on October 6, 2016;
19 WHEREAS, on June 14, 2016, the Court entered an Order granting the parties' Joint
20 Stipulated Request to File Excess Pages and Extend Briefing Schedule, which provided that
21 oppositions to the remand and transfer motions would be filed on July 14, 2016, and reply briefs in
22 support of the motions would be filed on August 4, 2016;
23 WHEREAS, the upcoming Initial Case Management Conference ("CMC") and associated
24 ADR deadlines in the Removed Actions are as currently set as follows:

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 7/14/2016 | Last day to: | FRCivP 26(f) & ADR L.R. 3-5 |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF,
and 5:16-cv-02273-BLF-PSG

- 1 -

| | | |
|---|---|---|
| | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 7/28/2016 | Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 8/4/2016 | INITIAL CASE MANAGEMENT CONFERENCE at 11:00 a.m. in:<br><br>Courtroom 3, 5th Floor<br>San Jose | Civil L.R. 16-10 |

WHEREAS, in the interests of efficiency and comity, the parties believe that it would be prudent to continue the CMC and related deadlines currently scheduled in Removed Actions until after the parties have finished briefing and the Court has resolved the jurisdiction and venue questions presented in the competing motions to remand and transfer;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. The CMC currently scheduled before the Court on August 4, 2016, at 11:00 a.m. in the Removed Actions, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be continued until after the Court rules on the motions to remand and transfer; and

2. In the event the Removed Actions remain before the Court after it rules on the motions to remand and transfer, the Parties shall, if necessary, assist the Court by timely requesting that a new CMC be scheduled in the Removed Actions.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

- 2 -

1 | Dated: July 12, 2016                    Respectfully Submitted,

2

3 | By:   */s/ Timothy Perla*
     |       Timothy Perla (admitted *pro hac vice*)
4 |       Michael Bongiorno (admitted *pro hac vice*)
     |       WILMER CUTLER PICKERING
5 |       HALE AND DORR LLP
     |       60 State Street
6 |       Boston, Massachusetts 02109
     |       Telephone: (617) 526-6000
7 |       Facsimile (617) 526-5000
     |       Timothy.Perla@wilmerhale.com
8 |       Michael.Bongiorno@wilmerhale.com

9

10 |      Jie (Lisa) Li, SBN 260474
     |      WILMER CUTLER PICKERING
11 |      HALE AND DORR LLP
     |      950 Page Mill Road
12 |      Palo Alto, California 94304
     |      Telephone: (650) 858-6000
13 |      Facsimile (650) 858-6100
     |      Lisa.Li@wilmerhale.com
14

15 |      *Attorneys for TerraForm Global, Inc., and Peter Blackmore*

16

17 | By:   */s/ Jaime A. Bartlett*
     |      Jaime A. Bartlett, SBN 251825
18 |      SIDLEY AUSTIN LLP
     |      555 California Street, Suite 2000
19 |      San Francisco, California 94104
     |      Telephone: (415) 772-1200
20 |      Facsimile: (415) 772-7400
     |      jbartlett@sidley.com
21

22 |      *Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy*
23 |      *Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne*
24 |      *Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*
25

26 | By:   */s/ Daniel H. Bookin*
     |      Daniel H. Bookin, SBN 78996
27 |      O'MELVENY & MYERS LLP
     |      Two Embarcadero Center, 28th Floor
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 3 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

        San Francisco, CA 94111
        Telephone: (415) 984-8700
        Facsimile: (415) 984-8701
        dbookin@omm.com

*Attorneys for Alejandro Hernandez*

By:  */s/ Patrick D. Robbins*
      Patrick D. Robbins, SBN 152288
      SHEARMAN & STERLING LLP
      535 Mission Street, 25th Floor
      San Francisco, CA  94105
      Telephone:  (415) 616-1210
      Facsimile:   (415) 616-1199
      probbins@shearman.com

      Adam S. Hakki (*pro hac vice* app. to be submitted)
      Daniel C. Lewis (*pro hac vice* app. to be submitted)
      SHEARMAN & STERLING LLP
      599 Lexington Avenue

      New York, NY 10022-6069
      Telephone:  (212) 848-4000
      Facsimile:   (646) 848-4924
      ahakki@shearman.com
      daniel.lewis@shearman.com

*Attorneys for Underwriters*

By: */s/ Ismail Ramsey*
    Ismail Ramsey (SBN 189820)
    Katharine Kates (SBN 155534)
    RAMSEY & ELRICH LLP
    803 Hearst Avenue
    Berkeley, California  94710
    Telephone:  (510) 548-3600
    Facsimile:  (510) 291-3060
    izzy@ramsey-ehrlich.com
    katharine@ ramsey-ehrlich.com

    Kevin J. O'Connor (Admitted *Pro Hac Vice*)
    HINCKLEY ALLEN
    28 State Street
    Boston, MA 02109-1775
    Tel:  (617) 378-4190

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  - 4 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

```
                              Fax:  (617) 378-4191
                              koconnor@hinkleyallen.com

                              Attorneys for Carlos Domenech Zornoza

                   By:        /s/ Francis A. Bottini, Jr.
                              Francis A. Bottini, Jr., SBN 175783
                              BOTTINI & BOTTINI, INC.
                              7817 Ivanhoe Avenue, Suite 102
                              La Jolla, CA 92037
                              Telephone:  (858) 914-2001
                              Facsimile:  (858) 914-2002
                              fbottini@bottinilaw.com

                              Attorneys for Plaintiff Anton S. Badri

                   By:        /s/ Ex Kano Sams II
                              Ex Kano Sams II, SBN 192936
                              Lionel Z. Glancy, SBN 134180
                              Robert V. Prongay, SBN 270796
                              Lesley F. Portnoy, SBN 304851
                              GLANCY PRONGAY & MURRAY LLP
                              1925 Century Park East, Suite 2100
                              Los Angeles, CA 90067
                              Telephone: (310) 201-9150
                              Facsimile: (310) 210-9160
                              esams@glancylaw.com

                              J. Brandon Walker
                              BRAGAR EAGEL & SQUIRE P.C.
                              885 Third Avenue, Suite 3040
                              New York, NY 10022
                              Telephone: (212) 308-5858
                              Facsimile: (212) 486-0462

                              Attorneys for Plaintiff Simon Fraser

                   By:        /s/ Laurence M. Rosen
                              Laurence M. Rosen, SBN 219683
                              THE ROSEN LAW FIRM, P.A.
                              355 South Grand Avenue, Suite 2450
                              Los Angeles, CA 90071
                              Telephone: (213) 785-2610
                              Facsimile: (213) 226-4684
                              lrosen@rosenlegal.com

                              Attorneys for Plaintiff Mitesh Patel
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    - 5 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

By: */s/ Jennifer N. Caringal*
Jennifer N. Caringal, SBN 286197
Darren J. Robbins, SBN 168593
James I. Jaconette, SBN 179565
Scott H. Saham, SBN 188355
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  (619) 231-1058
Facsimilie:  (619) 231-7423

Dennis J. Herman, SBN 220163
David W. Hall, SBN 274921
ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  (415) 288-4545
Facsimilie:  (415) 288-4534

*Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

By: */s/ Jay N. Razzouk*
Jay N. Razzouk, SBN 258511
ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
jrazzouk@robbinsarroyo.com

*Attorneys for Plaintiff Iron Workers Mid-South Pension Fund*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____

3                                              _____
4                                              Honorable Beth Labson Freeman
                                               UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Case Management Conference.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: July 12, 2016

/s/ Timothy Perla
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Timothy.Perla@wilmerhale.com